# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
GOODMAN, DAVID                            §   Case No. 16-28949
KAMIKOW, SHARON H.                        §
                                          §
                                          §
                Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-28949 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | GOODMAN, DAVID | | | | Date Filed (f) or Converted (c): | 01/16/17 (c) |
| | KAMIKOW, SHARON H. | | | | 341(a) Meeting Date: | 02/13/17 |
| For Period Ending: | 12/13/18 | | | | Claims Bar Date: | 09/26/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1310 N. Ritchie Court, #19A, Chicago, IL | 431,000.00 | 37,000.00 | | 0.00 | FA |
| Purchased 6/1/15 469,500. 2 BR.  PIN 17031070191016 | | | | | |
| Property held in tenancy by entirety. | | | | | |
| 2. HOUSEHOLD FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Books & Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 4. Sports & Hobby Equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account - Bank of America | 517.00 | 0.00 | | 0.00 | FA |
| 8. Checking Account - Citibank (u) | 817.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account - Bank of America | 549.56 | 0.00 | | 0.00 | FA |
| 10. Checking Account - Citibank (u) | 6,201.00 | 6,084.65 | | 5,084.65 | FA |
| 11. Stocks | 7,156.87 | 7,156.87 | | 4,871.63 | FA |
| 12. IRA | 510,761.41 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2016 Income Tax Refund (u) | 0.00 | 10,441.00 | | 10,441.00 | FA |
| 15. 401k Over Contribution (u) | 0.00 | 11,177.00 | | 11,177.00 | FA |
| 16. Sheri Kamikow, Inc. (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Wells Fargo Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $963,202.84 | $71,859.52 | | $31,574.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 16-28949   Doc 75   Filed 12/20/18   Entered 12/20/18 15:09:45   Desc Main
Document      Page 4 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 16-28949   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | GOODMAN, DAVID | Date Filed (f) or Converted (c): | 01/16/17 (c) |
| | KAMIKOW, SHARON H. | 341(a) Meeting Date: | 02/13/17 |
| | | Claims Bar Date: | 09/26/17 |

Initial Projected Date of Final Report (TFR): 02/01/18     Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 16-28949 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GOODMAN, DAVID | | Bank Name: | ASSOCIATED BANK |
| | KAMIKOW, SHARON H. | | Account Number / CD #: | *******5240 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9656 | | | |
| For Period Ending: | 12/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/17 | 10 | Gundylaw PC dba The Gunderson Law Firm PC Client trust Fund | Turnover | 1229-000 | 5,084.65 | | 5,084.65 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,074.65 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,064.65 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,054.65 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,044.65 |
| 02/22/18 | 010001 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 2.04 | 5,042.61 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,032.61 |
| 03/30/18 | 11 | David Goodman Sheri Kamikow 1310 N Ritchie Court Chicago, IL | Turnover of Stock Sale Proceeds | 1129-000 | 4,871.63 | | 9,904.24 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,894.24 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.23 | 9,880.01 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,865.32 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,851.13 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,836.48 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.62 | 9,821.86 |
| 09/18/18 | 14, 15 | David Goodman Sheri Kamikow 1310 Ritchie Ct - Apt. 19A Chicago, IL | Turnover | 1224-000 | 21,618.00 | | 31,439.86 |
| t 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 31,439.86 | 0.00 |

Page Subtotals    31,574.28    31,574.28

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 21.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-28949 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GOODMAN, DAVID | Bank Name: | ASSOCIATED BANK |
| | KAMIKOW, SHARON H. | Account Number / CD #: | *******5240 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9656 | | |
| For Period Ending: | 12/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,574.28 | 31,574.28 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 31,439.86 | |
| | | | Subtotal | | 31,574.28 | 134.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 31,574.28 | 134.42 | |

\* Reversed
t Funds Transfer

Page Subtotals     0.00     0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 16-28949 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GOODMAN, DAVID | Bank Name: | Axos Bank |
| | KAMIKOW, SHARON H. | Account Number / CD #: | *******0079 Checking Account |
| Taxpayer ID No: | *******9656 | | |
| For Period Ending: | 12/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 31,439.86 | | 31,439.86 |

```
                                                    COLUMN TOTALS                     31,439.86         0.00       31,439.86
                                          Less: Bank Transfers/CD's                   31,439.86         0.00
* Reversed                                          Subtotal                               0.00         0.00
t Funds Transfer                          Less: Payments to Debtors                                     0.00
                                                    Net                                    0.00         0.00

                                                                                         NET
                                                                                      NET                   ACCOUNT
                                  TOTAL - ALL ACCOUNTS                  NET DEPOSITS    DISBURSEMENTS        BALANCE
                Checking Account (Non-Interest Earn - ********5240         31,574.28           134.42           0.00
                Checking Account - ********0079                                 0.00             0.00      31,439.86
                                                                        --------------  --------------  --------------
                                                                           31,574.28           134.42      31,439.86
                                                                        ==============  ==============  ==============
                                                                        (Excludes Account (Excludes Payments  Total Funds
                                                                            Transfers)    To Debtors)      On Hand
```

Page Subtotals    31,439.86    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 21.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 13, 2018 |
|---|---|---|---|---|---|---|

Case Number: 16-28949  
Debtor Name: GOODMAN, DAVID  
Claims Bar Date: 09/26/17  

Priority Sequence  

Joint Debtor: KAMIKOW, SHARON H.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Phillip Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $3,907.43 | $3,907.43 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $0.00 | $6,750.00 | $6,750.00 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Administrative | | $0.00 | $75.01 | $75.01 |
| | Subtotal for Priority 001 | | | $0.00 | $10,732.44 | $10,732.44 |
| 000002<br>050<br>4110-00 | TCF National Bank<br>1405 Xenium Lane N.<br>Plymouth, MN 55441 | Secured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000007<br>050<br>4110-00 | JPMorgan Chase Bank, N.A.<br>3415 Vision Drive OH4-7142<br>Columbus, OH 43219 | Secured | (7-1) Total Arrears:928.59<br>Withdrawn | $0.00 | $0.00 | $0.00 |
| 000009<br>050<br>4700-00 | Cook County Treasurer's Office<br>118 North Clark Street<br>Room 112<br>Chicago, IL 60602 | Secured | (9-1) Account Number (last 4 digits):9828<br>Withdrawn | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 050 | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Nissan-Infiniti LT<br>PO Box 660366<br>Dallas TX 75266-0366 | Unsecured<br>Withdrawn | | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | BMW Financial Services NA, LLC<br>P.O. Box 165028<br>Irving, TX 75016 | Unsecured | (3-1) modified on 10-12-16 to correct creditor address/name (nm) | $0.00 | $1,842.76 | $1,842.76 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $6,653.13 | $6,653.13 |
| 000005<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $26,974.40 | $26,974.40 |
| 000006<br>070<br>7100-00 | U.S. BANK NATIONAL ASSOCIATION<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (6-1) 8512<br>Withdrawn | $0.00 | $0.00 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 13, 2018 |
|---|---|---|---|---|---|---|

Case Number:  16-28949  
Debtor Name:   GOODMAN, DAVID  
Claims Bar Date: 09/26/17  

Priority Sequence  

Joint Debtor: KAMIKOW, SHARON H.

| Code # | Creditor Name & Address | Claim Class / Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured<br>(8-1) Money Loaned | | | $0.00 | $8,000.36 | $8,000.36 |
| 000010<br>070<br>7100-00 | BMO Harris Bank as assignee<br>c/o Bayview Loan Servicing LLC<br>7300 Corp Center Drive-4th Floor<br>Miami, Florida 33126 | Unsecured<br>(10-1) Money Loaned<br>(10-1)<br>Judgment | | | $0.00 | $2,631,531.91 | $2,631,531.91 |
| | Subtotal for Priority 070 | | | | $0.00 | $2,675,002.56 | $2,675,002.56 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Administrative<br>Trustee's Bond | 2221655240 | 02/22/18  10001 | $0.00 | $2.04<br>2.04 | $2.04 |
| | Subtotal for Priority 999 | | | | $0.00 | $2.04 | $2.04 |
| | Case Totals: | | | | $0.00 | $2,685,737.04 | $2,685,737.04 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-28949
Case Name: GOODMAN, DAVID
        KAMIKOW, SHARON H.
Trustee Name: Phillip D. Levey

    Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses           $_____
    Remaining Balance                                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

Case 16-28949   Doc 75   Filed 12/20/18   Entered 12/20/18 15:09:45   Desc Main
                         Document      Page 11 of 12

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | BMW Financial Services NA, LLC<br>P.O. Box 165028<br>Irving, TX 75016 | $ | $ | $ |
| 000004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000005 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000008 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | $ | $ | $ |
| 000010 | BMO Harris Bank as assignee<br>c/o Bayview Loan Servicing LLC<br>7300 Corp Center Drive-4th Floor<br>Miami, Florida 33126 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE