UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| David Goodman and Sharon H. Kamikow, ) | Case No. 16 B 28949 |
| ) | |
| Debtor(s). ) | |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on December 23, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

*/s/ Phillip D. Levey*

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BMO Harris Bank as assignee
c/o Bayview Loan Servicing LLC
7300 Corp Center Drive-4th Floor
Miami, Florida 33126

BMW Financial Services NA, LLC
P.O. Box 165028
Irving, TX 75016

Cook County Treasurer's Office
118 North Clark Street
Room 112
Chicago, IL 60602

JPMorgan Chase Bank, N.A.
3415 Vision Drive OH4-7142
Columbus, OH 43219

Goodman, David & Kamikow, Sharon
1310 N. Ritchie Court, # 19a
Chicago, IL  60610

Nissan-Infiniti LT
PO Box 660366
Dallas TX 75266-0366

TCF National Bank
1405 Xenium Lane N.
Plymouth, MN 55441

U.S. Bank National Association
Bankruptcy Department-P.O. Box 5229
Cincinnati, OH 45201-5229

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

<u>VIA CM/ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Michael J. Gunderson
2155 West Roscoe Street
Chicago, IL  60654