UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
GOODMAN, DAVID                                  §    Case No. 16-28949
KAMIKOW, SHARON H.                              §
                                                §
                                                §
          Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on       , and it was converted to chapter 7 on       . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CHASE MTG<br>PO BOX 24696COLUMBUS<br>OH 43224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF BANKING & SAVINGS 801 MARQUETTE AVEMINNEAPOLIS MN 55402 | | | | | |
| 000007 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000002 | TCF NATIONAL BANK | | | | | |
| 000009 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LEVEY, PHILLIP | | | | | |
| TRUSTEE EXPENSES:LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Gunderson Law Firm 444 N. Michigan Avenue, Suite 1000Chicago IL 60611 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX<br>PO BOX 297871FORT LAUDERDALE FL 33329 | | | | | |
| | BK OF AMER<br>PO BOX 982238EL PASO TX 79998 | | | | | |
| | BMO Harris Bank, N.A.<br>111 W. Monroe StreetChicago IL 60603 | | | | | |
| | First Midwest Bank<br>P.O. Box 9003Gurnee IL 60031 | | | | | |
| | MCYDSNB<br>9111 DUKE BLVDMASON OH 45040 | | | | | |
| | Village of Lyons<br>4200 Lawndale AvenueLyons IL 60534 | | | | | |
| 000005 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | BMO HARRIS BANK AS ASSIGNEE | | | | | |
| 000003 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| 000008 | DEPARTMENT STORE NATIONAL BANK | | | | | |
| 000001 | NISSAN-INFINITI LT | | | | | |
| 000006 | U.S. BANK NATIONAL ASSOCIATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-28949 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GOODMAN, DAVID | | | Date Filed (f) or Converted (c): | 01/16/17 (c) |
| | KAMIKOW, SHARON H. | | | 341(a) Meeting Date: | 02/13/17 |
| For Period Ending: | 12/13/18 | | | Claims Bar Date: | 09/26/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1310 N. Ritchie Court, #19A, Chicago, IL | 431,000.00 | 37,000.00 | | 0.00 | FA |
| Purchased 6/1/15 469,500. 2 BR. PIN 17031070191016 | | | | | |
| Property held in tenancy by entirety. | | | | | |
| 2. HOUSEHOLD FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Books & Pictures | 500.00 | 0.00 | | 0.00 | FA |
| 4. Sports & Hobby Equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 700.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account - Bank of America | 517.00 | 0.00 | | 0.00 | FA |
| 8. Checking Account - Citibank (u) | 817.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account - Bank of America | 549.56 | 0.00 | | 0.00 | FA |
| 10. Checking Account - Citibank (u) | 6,201.00 | 6,084.65 | | 5,084.65 | FA |
| 11. Stocks | 7,156.87 | 7,156.87 | | 4,871.63 | FA |
| 12. IRA | 510,761.41 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2016 Income Tax Refund (u) | 0.00 | 10,441.00 | | 10,441.00 | FA |
| 15. 401k Over Contribution (u) | 0.00 | 11,177.00 | | 11,177.00 | FA |
| 16. Sheri Kamikow, Inc. (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Wells Fargo Checking Account | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $963,202.84 | $71,859.52 | | $31,574.28 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 21.00

Case 16-28949 Doc 82 Filed 04/12/19 Entered 04/12/19 11:12:08 Desc Main
Document      Page 9 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-28949   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | GOODMAN, DAVID | Date Filed (f) or Converted (c): | 01/16/17 (c) |
| | KAMIKOW, SHARON H. | 341(a) Meeting Date: | 02/13/17 |
| | | Claims Bar Date: | 09/26/17 |

Initial Projected Date of Final Report (TFR): 02/01/18      Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-28949 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GOODMAN, DAVID | Bank Name: | ASSOCIATED BANK |
| | KAMIKOW, SHARON H. | Account Number / CD #: | *******5240  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9656 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/17 | 10 | Gundylaw PC<br>dba The Gunderson Law Firm PC<br>Client trust Fund | Turnover | 1229-000 | 5,084.65 | | 5,084.65 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,074.65 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,064.65 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,054.65 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,044.65 |
| 02/22/18 | 010001 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Trustee's Bond | 2300-000 | | 2.04 | 5,042.61 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,032.61 |
| 03/30/18 | 11 | David Goodman<br>Sheri Kamikow<br>1310 N Ritchie Court<br>Chicago, IL | Turnover of Stock Sale Proceeds | 1129-000 | 4,871.63 | | 9,904.24 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,894.24 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.23 | 9,880.01 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,865.32 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.19 | 9,851.13 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,836.48 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.62 | 9,821.86 |
| 09/18/18 | 14, 15 | David Goodman<br>Sheri Kamikow<br>1310 Ritchie Ct - Apt. 19A<br>Chicago, IL | Turnover | 1224-000 | 21,618.00 | | 31,439.86 |
| t 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 31,439.86 | 0.00 |

Page Subtotals    31,574.28    31,574.28

Ver: 22.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-28949 -CAD | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | GOODMAN, DAVID | | Bank Name: | ASSOCIATED BANK |
| | KAMIKOW, SHARON H. | | Account Number / CD #: | *******5240  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9656 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,574.28 | 31,574.28 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 31,439.86 | |
| | | | Subtotal | | 31,574.28 | 134.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 31,574.28 | 134.42 | |

* Reversed
t Funds Transfer

Page Subtotals        0.00        0.00

Ver: 22.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-28949 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GOODMAN, DAVID | | Bank Name: | Axos Bank |
| | KAMIKOW, SHARON H. | | Account Number / CD #: | *******0079 Checking Account |
| Taxpayer ID No: | *******9656 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 31,439.86 | | 31,439.86 |
| 01/20/19 | 002001 | Phillip Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Trustee Compensation | 2100-000 | | 3,907.43 | 27,532.43 |
| 01/20/19 | 002002 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL 60614 | Trustee Expenses | 2200-000 | | 75.01 | 27,457.42 |
| 01/20/19 | 002003 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,750.00 | 20,707.42 |
| 01/20/19 | 002004 | BMW Financial Services NA, LLC<br>P.O. Box 165028<br>Irving, TX 75016 | Claim 000003, Payment 0.77384%<br>(3-1) modified on 10-12-16 to<br>correct creditor address/name (nm) | 7100-000 | | 14.26 | 20,693.16 |
| 01/20/19 | 002005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 0.77407% | 7100-000 | | 51.50 | 20,641.66 |
| 01/20/19 | 002006 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 0.77410% | 7100-000 | | 208.81 | 20,432.85 |
| 01/20/19 | 002007 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Claim 000008, Payment 0.77409%<br>(8-1) Money Loaned | 7100-000 | | 61.93 | 20,370.92 |
| * 01/20/19 | 002008 | BMO Harris Bank as assignee<br>c/o Bayview Loan Servicing LLC<br>7300 Corp Center Drive-4th Floor<br>Miami, Florida 33126 | Claim 000010, Payment 0.77411%<br>(10-1) Money Loaned<br>(10-1)<br>Judgment | 7100-004 | | 20,370.92 | 0.00 |

Page Subtotals  31,439.86  31,439.86

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-28949 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GOODMAN, DAVID | Bank Name: | Axos Bank |
|  | KAMIKOW, SHARON H. | Account Number / CD #: | *******0079  Checking Account |
| Taxpayer ID No: | *******9656 |  |  |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/27/19 | 002008 | BMO Harris Bank as assignee<br>c/o Bayview Loan Servicing LLC<br>7300 Corp Center Drive-4th Floor<br>Miami, Florida 33126 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 |  | -20,370.92 | 20,370.92 |
| 03/07/19 | 002009 | BMO Harris Bank N.A. as assignee of the<br>F.D.I.C. as receiver of Amcore Bank N.A. | Claim 000010, Payment 0.77411%<br>Money Loaned<br>Judgment | 7100-000 |  | 20,370.92 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | COLUMN TOTALS | 31,439.86 | 31,439.86 | 0.00 |
|  | Less: Bank Transfers/CD's | 31,439.86 | 0.00 |  |
|  | Subtotal | 0.00 | 31,439.86 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 0.00 | 31,439.86 |  |

\* Reversed
t Funds Transfer

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5240 | 31,574.28 | 134.42 | 0.00 |
| Checking Account - ********0079 | 0.00 | 31,439.86 | 0.00 |
|  | 31,574.28 | 31,574.28 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*